UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES L. ALLEN**                                                                                                         **PLAINTIFF**

**v.**                             **CASE NO. 3:05-CV-00282 GTE**

**CHRIS HALL; Greene County Sheriff**
**DAN LANGSTON; Jail Administrator**
**DAVID LANGE; and**
**THE COUNTY OF GREENE, ARKANSAS**                                 **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

Having been advised by the parties that they have entered into a full and final settlement agreement governing all claims and all parties in this matter, the Court hereby dismisses the above-styled action with prejudice.

IT IS SO ORDERED this 19th day of March, 2007.

                                                        /s/Garnett Thomas Eisele
                                                        UNITED STATES DISTRICT JUDGE